| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michelle Prewitt** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2891 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | |
| Case number: | **15–33956** | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michelle Prewitt

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

November 28, 2018                                **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                      United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 15-33956-JBS
Michelle Prewitt                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cward1              Page 1 of 2             Date Rcvd: Nov 28, 2018
                              Form ID: 3180W            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2018.
db         +Michelle Prewitt,   1027 Bellwood Unit #B,   Bellwood, IL 60104-2300
24093849   +Brookwood Loans,    3440 Preston Ridge Rd,   Alpharetta, GA 30005-3817
24093850   +City of Chicago,    Dept of Business Affairs,   121 N. LaSalle St.,    Chicago, IL 60602-1266
23782411   +DuPage County,    Att: Bankruptcy Notices,   421 N County Farm Rd,    Wheaton, IL 60187-3978
23820360   +DuPage County Circuit Clerk's Office,    505 N. County Farm Road,    Wheaton, IL 60187-3955
23782413   +First Financial,    3220 Russell Street,   San Diego, CA 92106-1857
23782415   +Harry Altman,    20 N Clark #600,   Chicago, IL 60602-4111
23788941    Joseph Vincent,    1240 Donna Drive,   Grand Prairie, TX 75051
23782416   +Lawrence Roesler,   7542 South St.,   Lincoln, NE 68506-3059
23782417   +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
23923280   +Nicor Gas,   POBox 5407,   Carol Stream, IL 60197-5407
23782429   +Rent a Center,    2717 N Mannheim Rd,   Franklin Park, IL 60131-2219
23933357   +Sir Finance Corp.,   Jerry M. Salzberg,   P.O. Box 5718,    Elgin, IL 60121-5718
23782431   #+Trident Asset Manage,    53 Perimeter Ctr E Ste 4,   Atlanta, GA 30346-2230
24223412   +Wells Fargo Bank, N.A,   P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 32232-5038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23923281   +E-mail/Text: bankrup@aglresources.com Nov 29 2018 01:42:08     (NICOR) Northern Illinois Gas,
             attn: Bankruptcy & Collections,   PO Box 549,   Aurora, IL 60507-0549
23782403   +EDI: AAEO.COM Nov 29 2018 06:28:00     Aaron Sales & Lease Ow,   1015 Cobb Place Blvd Nw,
             Kennesaw, GA 30144-3672
23818009    EDI: AIS.COM Nov 29 2018 06:28:00     American InfoSource LP as agent for,
             T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK 73124-8848
24005593    EDI: AIS.COM Nov 29 2018 06:28:00     American InfoSource LP as agent for,   Verizon,
             PO Box 248838,   Oklahoma City, OK 73124-8838
23782405   +EDI: PHINHARRIS Nov 29 2018 06:28:00     Arnoldharris,   111 West Jackson B,
             Chicago, IL 60604-3589
23782409   +E-mail/Text: comedbankruptcygroup@exeloncorp.com Nov 29 2018 01:44:12     ComEd,   PO Box 6111,
             Carol Stream, IL 60197-6111
23838197   +E-mail/Text: comedbankruptcygroup@exeloncorp.com Nov 29 2018 01:44:12
             Commonwealth Edison Company,   3 Lincoln Center,   Attn: Bankruptcy Department,
             Oakbrook Terrace, IL 60181-4204
23782410   +EDI: DCI.COM Nov 29 2018 06:28:00     Diversified Consultant,   P O Box 551268,
             Jacksonville, FL 32255-1268
23782412   +E-mail/Text: bknotice@ercbpo.com Nov 29 2018 01:43:19     Enhanced Recovery Corp,
             Attention: Client Services,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
23782414   +EDI: AMINFOFP.COM Nov 29 2018 06:28:00     Fst Premier,   Po Box 5524,
             Sioux Falls, SD 57117-5524
23782428   +E-mail/Text: rev.bnc@nebraska.gov Nov 29 2018 01:44:43     Nebraska Department of Revenue,
             PO Box 94818,   Lincoln, NE 68509-4818
24040686   +E-mail/Text: bankrup@aglresources.com Nov 29 2018 01:42:09     Nicor Gas,   P.O. Box 549,
             Aurora, IL 60507-0549
23787459   +EDI: CBSPLS.COM Nov 29 2018 06:28:00     PLS,   800 Jorie Blvd,   Oak Brook, IL 60523-2132
24087223   +EDI: JEFFERSONCAP.COM Nov 29 2018 06:28:00     Premier Bankcard LLC,
             c/o Jefferson Capital Systems, LLC,   P.O. Box 7999,   St. Cloud, MN 56302-7999
23782430   +E-mail/Text: merle@sirfinance.com Nov 29 2018 01:44:28     Sir Finance Corporation,
             6140 N Lincoln Ave.,   Chicago, IL 60659-2318
23857969   +EDI: CBSPLS.COM Nov 29 2018 06:28:00     The Payday Loan Store,
             c/o Creditors Bankruptcy Service,   P O Box 800849,   Dallas, TX 75380-0849
23782432   +EDI: VERIZONCOMB.COM Nov 29 2018 06:28:00     Verizon,   500 Technology Dr,   Ste 550,
             Weldon Spring, MO 63304-2225
24222316   +EDI: WFFC.COM Nov 29 2018 06:28:00     Wells Fargo Bank, N.A,   P.O. Box 5058 MAC P6053-021,
             Portland, OR 97208-5058
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23782404*    +Aaron Sales & Lease Ow,   1015 Cobb Place Blvd Nw,   Kennesaw, GA 30144-3672
23782408*    +Arnoldharris,   111 West Jackson B,   Chicago, IL 60604-3589
23782406*    +Arnoldharris,   111 West Jackson B,   Chicago, IL 60604-3589
23782407*    +Arnoldharris,   111 West Jackson B,   Chicago, IL 60604-3589
24093925*    +First Financial,   3220 Russell Street,   San Diego, CA 92106-1857
23782418*    +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
23782419*    +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
23782420*    +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
23782421*    +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
23782422*    +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
23782423*    +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
23782424*    +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
23782425*    +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
23782426*    +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
23782427*    +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
23782433*    +Verizon,   500 Technology Dr,   Ste 550,   Weldon Spring, MO 63304-2225
                                                                                    TOTALS: 0, * 16, ## 0

```
District/off: 0752-1          User: cward1              Page 2 of 2              Date Rcvd: Nov 28, 2018
                              Form ID: 3180W            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2018 at the address(es) listed below:
              David H Cutler    on behalf of Debtor 1 Michelle  Prewitt cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom  Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                             TOTAL: 3